```
 1  Bonnie J. Moran, Esq. (SBN: 190190)
    Senior Residuals Counsel
 2  Writers Guild of America, West, Inc.
    7000 W. Third Street
 3  Los Angeles, California 90048
    (323) 782-4535
 4  Fax: (323) 782-4816
    Attorney for Petitioner
 5
```



**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2008
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Writers Guild of America, West, Inc., | CASE NO. CV08-02672 GPS AJWx |
| Petitioner, | [PROPOSED] ORDER AND JUDGMENT |
| vs. | DATE: 7/21/08 |
| Tamara Film Productions, LLC, | TIME: 1:30 p.m. |
| Respondents. | CTRM: 7 - 2nd Floor |
| | Honorable Schiavelli |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, west, Inc. ("WGAW", "Guild", "Complainant", and/or "Petitioner") came before the Honorable _____. Respondent Tamara Film Productions, LLC. ("Respondent") was duly served with notice of the proceeding but failed to appear and file a responsive pleading. The Court having considered the pleadings and documents on file orders as follow:

1

Z:\LEGAL\Tamara 06-CL-211\petition to confirm\confirm proposed order and judgment.doc

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this proceeding as follows:

1. Respondent violated Article 16.A.10. of the MBA by failing to pay the script publication fee in connection with the Picture.

2. Respondent shall pay the Guild on behalf of the credited writer compensation of $5,000.00 plus accrued interest of $1,294.52 as of the date of October 5, 2007 and continuing to accrue at the rate of 1.5% per month until paid in full.

3. The Guild is assigned the right to receive all money owed to Respondent by any third party for the Picture, including but not limited to any licensee, transferee or successor in interest, subject to any prior perfected security agreement in favor of a third party, until the residuals and all interest accrued thereon are paid in full.

4. The fees of the Arbitrator and Court Reporter shall be borne equally by Respondent and the Guild pursuant to Article 11.A.5. of the MBA. The Guild shall advance payment of all (100%) such fees to the Arbitrator and the Court Reporter. Respondent shall reimburse the Guild for its one-half (50%) share of the fees of the Arbitrator and Court Reporter.

//

//

//

5. Respondents are further ordered to pay the Guild $1,500.00 in attorneys' fees and $350.00 in costs.

Dated: July 11, 2008

_____
United States District Court Judge

Z:\LEGAL\Tamara 06-CL-211\petition to confirm\confirm proposed order and judgment.doc